IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     SCOTT ANTHONY WHATCOTT,
    aka Michael Scott Smith,
    aka Scott Vasadi, and

2.     RAMONA CAMELIA FRICOSU,
    aka Ramona Smith,

    Defendants.

# ORDER

**Blackburn, J.**

This matter comes before the court on the **Government's Motion To Disclose Materials Obtained Through Grand Jury Investigation** [#17] filed October 7, 2010, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

HAVING REVIEWED the motion, the court finds that good and sufficient cause supports the same,

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion To Disclose Materials Obtained Through Grand Jury Investigation** [#17] filed October 7, 2010, is **GRANTED**;

2. That transcripts of testimony before the grand jury and other items pertaining to matters occurring before the grand jury may be disclosed to the defendants, Scott Anthony Whatcott (aka Michael Smith) and Ramona Fricosu (aka Ramona Smith)

("defendants"), and their respective attorneys;

3.  That such materials shall only be used in defending this case; that such materials may be disclosed only to the defendants and their respective attorneys; that the attorneys for the defendants shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States or destroyed at the end of the case.

DATED October 7, 2010.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge