**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
    a/k/a Michael Scott Smith,
    a/k/a Scott Vasadi, and
2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendants.

## MINUTE ORDER[1]

Defendants shall file a response to the following motions by **January 17, 2011**:

- **Government's Motion For order Regarding Criminal Forfeiture of Property in Government Custody** [#56] filed January 7, 2011; and

- **Government's Application For Post-Indictment Restraining Order** [#57] filed January 7, 2011.

Dated: January 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.