**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SCOTT WHATCOTT,
    aka Michael Scott Smith,
    aka Scott Vasadi, and

2.    RAMONA CAMELIA FRICOSU,
    aka Ramona Smith,

    Defendants.

## POST-INDICTMENT RESTRAINING ORDER

**Blackburn, J.**

    The United States has made an application [#57][1] pursuant to Title 21, United States Code, Section 853(e)(1)(A), for a restraining order to preserve the availability of certain property that is putatively subject to forfeiture in this criminal action. On consideration of the application, the verified materials submitted in support of the application, and the Indictment [#1] returned in this case, it appears that there is reasonable cause to enter a restraining order to preserve the subject property based upon the following:

    1.    On September 30, 2010, a federal grand jury returned an indictment, charging

---

[1] "[#57]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Scott Whatcott and Ramona Fricosu with bank fraud (18 U.S.C. § 1344); wire fraud (18 U.S.C. § 1343); loan fraud (18 U.S.C. § 1014); and money laundering (18 U.S.C. § 1957). [#1].  The indictment also included forfeiture allegations, seeking the criminal forfeiture of certain assets under 18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) consisting of all property constituting and derived from any proceeds the defendants obtained directly or indirectly and any property traceable thereto as a result of the criminal violations, including the 2008 Dodge Dakota Quad Cab SLT, VIN # 1D7HW48N08S520357.

2. The indictment by the federal grand jury of Scott Whatcott and Ramona Fricosu, which indictment indicated specifically that the United States was seeking forfeiture of all property constituting or derived from proceeds obtained, and any property traceable thereto of the charged offenses together with the affidavit of Special Agent Schons attached to the application of the United States establishes probable cause for the issuance of this restraining order.

3. There is probable cause to believe that the 2008 Dodge Dakota Quad Cab SLT, VIN # 1D7HW48N08S520357, with respect to which the order is sought, would, in the event of the convictions of Scott Whatcott and/or Ramona Fricosu, be subject to forfeiture under 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

4. The need to preserve the availability of the subject property through the entry of the order requested herein outweighs the hardship on any party against whom the order is to be entered.

5. Any third-party claims to the subject property may be brought and resolved properly in ancillary proceedings conducted by this Court following the execution of a

Preliminary Order of Forfeiture in accordance with the provisions of federal forfeiture law.

6.  The Court has jurisdiction to enter this order pursuant to Title 21, United States Code, Section 853(e), as incorporated by Title 28, United States Code, Section 2461(c).

**THEREFORE, IT IS ORDERED AND DECREED** as follows:

1.  That, effective immediately, Scott Whatcott, Ramona Fricosu, and their agents, servants, employees, attorneys-in-fact, attorneys-at-law, family members and those persons in active concert or participation with him, and those persons, financial institutions, or entities who have any interest or control over the subject property are **RESTRAINED, ENJOINED, AND PROHIBITED**, without prior approval of this Court and on notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability or value of the subject property, including but not limited to selling, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of their interest, direct or indirect, in the 2008 Dodge Dakota Quad Cab SLT, VIN # 1D7HW48N08S520357;

2.  That the United States or any person or entity subject of this order may seek a modification of this order to preserve their interest in the subject motor vehicle;

3.  That the Federal Bureau of Investigation, or its designee, shall promptly serve a copy of this restraining order on Scott Whatcott and Ramona Fricosu and shall make and file a return of service, documenting the date, time, place, and manner of service;

      4. That within thirty days of this order, Scott Whatcott and/or Ramona Fricosu shall make the 2008 Dodge Dakota Quad Cab SLT, VIN # 1D7HW48N08S520357 available to the Federal Bureau of Investigation, or its designee, for inspection, including photographs and odometer readings, of the motor vehicle's current condition; and

      5. That this order shall remain in full force and effect until further order of this Court.

      Dated May 17, 2011, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge