IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  SCOTT ANTHONY WHATCOTT,
    a/k/a Michael Scott Smith, a/k/a Scott Vasadi, and
2.  RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

  Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2011.**

  In light of the withdrawal of the Amended Memorandum [filed May 25, 2011; docket #125], the hearing scheduled before this Court on June 15, 2011, at 1:30 p.m. [docket #115] is hereby **vacated**.