**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SCOTT ANTHONY WHATCOTT,
      a/k/a Michael Scott Smith,
      a/k/a Scott Vasadi,
2.  RAMONA CAMELIA FRICOSU,
      a/k/a Ramona Smith,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Parties' Joint Status Report and Request For Status Conference** [#148] filed June 14, 2011.  After reviewing the report and the file, the court has concluded that the request for a status conference should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Parties' Joint Status Report and Request For Status Conference** [#148] filed June 14, 2011, is **GRANTED**; and

    2.  That on **June 21, 2011**, commencing at 3:00 p.m., the court shall conduct a status conference in this matter.

    Dated: June 16, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.