**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SCOTT ANTHONY WHATCOTT,
     a/k/a Michael Scott Smith,
     a/k/a Scott Vasadi

    Defendant.

---

## MINUTE ORDER[1]

---

     At the oral request of the government, and there being objection by the defendant, the change of plea hearing set for May 16, 2012, at 9:00 a.m. is **VACATED** and is **RESET** to May 16, 2012, at **11:00 a.m.** That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated:  May 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.