**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SCOTT ANTHONY WHATCOTT,
    a/k/a Michael Scott Smith,
    a/k/a Scott Vasadi, and

2.    RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the **Government's Motion to Disclose Grand Jury Materials Obtained Through Grand Jury Investigation** [#344][1] filed October 19, 2012, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I). After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion to Disclose Grand Jury Materials Obtained Through Grand Jury Investigation** [#344] filed October 19, 2012, is **GRANTED**;

---

[1] "[#344]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That Grand Jury testimony from the investigation preceding *United States v. Scott A. Whatcott*, 08-cr-00059-JLK may be disclosed to the defendants and defendants' attorneys in this case;

3. That such materials shall only be used in defending this case; that such materials shall be disclosed only to the defendants and their respective counsel; and

4. That the defendants' attorneys shall maintain custody of such materials and shall not reproduce or disseminate the sam, and that such materials shall be returned to the United States at the end of the case.

Dated October 22, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge