**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SCOTT ANTHONY WHATCOTT,
      a/k/a Michael Scott Smith,
      a/k/a Scott Vasadi,

      Defendant.

_____

**MINUTE ORDER**[1]

_____

On **March 11, 2013**, commencing at 10:30 a.m., the court shall conduct a change of plea hearing in this matter.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  March 8, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.