**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     SCOTT ANTHONY WHATCOTT,
      aka Michael Scott Smith,
      aka Scott Vasadi,

       Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT
AS TO DEFENDANT SCOTT ANTHONY WHATCOTT**
_____

**Blackburn, J.**

The matter is before me on the **United States' Motion For Preliminary Order of Forfeiture and Forfeiture Money Judgment as To Defendant Scott Anthony Whatcott** [#411][1] filed July 10, 2013. The Court having read said Motion and being fully advised in the premises finds as follows.

The United States and defendant, Scott Anthony Whatcott aka Michael Scott Smith aka Scott Vasadi (hereinafter, "Scott Whatcott"), entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C),

---

[1] "[#411]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. Prior to the disposition of the assets, the United States is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

      **THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED**:

    1.  the **United States' Motion For Preliminary Order of Forfeiture and Forfeiture Money Judgment as To Defendant Scott Anthony Whatcott** [#411] filed July 10, 2013, is **GRANTED**;

    2.  That the interest of defendant, Scott Whatcott, in the following is **FORFEITED** to the United States in accordance with 18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure:

        a.  2008 Dodge Dakota Quad Cab SLT, VIN 1D7HW48N08S520357; and

        b.  $10,233.00 in United States Currency seized on May 14, 2010, from 10436 Ross Lake Drive in Peyton, Colorado;

    3.  That a Forfeiture Money Judgment in the amount of $1,100,954.64 is **ENTERED** against defendant, Scott Whatcott, in accordance with 18 U.S.C. § 982(a)(2) and 18 U.S.C. § 981(a)(1)(C), for which he is joint and severally liable for with co-defendant, Ramona Camelia Fricosu aka Ramona Smith;

    4.  That pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture **SHALL BECOME FINAL** as to the defendant, Scott Whatcott, at the time of sentencing and **SHALL BE MADE** part of the sentence and included in the judgment;

5. That the United States Marshals Service, or its designated sub-custodian, is **DIRECTED** to seize the property subject to forfeiture, and further to make return as provided by law;

6. That the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days;

7. That on adjudication of all third-party interests, if any, the Court **SHALL ENTER** a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed; and

8. That the Court **SHALL RETAIN** jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

Dated July 10, 2013, at Denver, Colorado.

**BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge