IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,

    Defendant.

---

**STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF EXHIBITS**

---

    Following the completion of the sentencing hearing, the parties stipulate:

    1. That counsel for each party shall retain custody of all exhibits identified, offered, or admitted at sentencing by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

    2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits in its custody available to the appealing party for filing with the appellate court.

    DATED at Denver, Colorado, this __23rd__ day of __August__, 2013.

_____
Attorney for the Plaintiff

_____
Attorney for the Defendant

    IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

BY THE COURT:

_____
Robert E. Blackburn
United States District Judge

*rev. 4/19/13*