IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     SCOTT ANTHONY WHATCOTT,
      aka Michael Scott Smith,
      aka Scott Vasadi, and

2.     RAMONA CAMELIA FRICOSU,
        aka Ramona Smith,

        Defendants.

## FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter is before me on the **United States' Motion for Final Order of Forfeiture** [#473][1] filed November 7, 2013.   The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982(a)(1) and (a)(2), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on September 30, 2010;

---

[1] "[#473]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

THAT a Preliminary Order of Forfeiture and Forfeiture Money Judgment As To Defendant Ramona Camelia Fricosu was entered on July 10, 2013;

THAT a Preliminary Order of Forfeiture and Forfeiture Money Judgment As To Defendant Scott Anthony Whatcott was entered on July 10, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:**

1. That the **United States' Motion for Final Order of Forfeiture** [#473] filed November 7, 2013, is **GRANTED**;

2. That judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), free from the claims of any other party:

    a.  2008 Dodge Dakota Quad Cab SLT, VIN 1D7HW48N08S52035; and

    b.  $10,233.00 in United States Currency seized on May 14, 2010 from 10436 Ross Lake Drive in Peyton, Colorado; and

3.  That the United States shall have full and legal title to the forfeited 2008 Dodge Dakota Quad Cab SLT, VIN 1D7HW48N08S52035 and $10,233.00 in United States Currency and may dispose of them in accordance with law;

Dated November 12, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge